**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION**

**UNITED STATES OF AMERICA**,

               Plaintiff,

     v.                                 **Case No. 18-3080-01-CR-S-MDH**

**CHRISTOPHER HELM**,

               Defendant.

## <u>MOTION FOR DETENTION</u>

The United States of America, by and through its undersigned counsel, moves this Court to order the detention of the defendant, Christopher Helm, and states the following in support of the motion:

1.      An indictment has been filed charging Helm with being a felon in possession of a firearm and ammunition, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

2.      Title 18, United States Code, Section 3142(f) provides, in pertinent part, that a hearing must be held by the appropriate judicial officer to determine whether any condition or combination of conditions "will reasonably assure the appearance of such person as required and the safety of any other person and the community" if the attorney for the Government moves for such a hearing and the case involves:

> "(E) any felony that is not otherwise a crime of violence that involves…the possession or use of firearm…."

3.      On or about March 8, 2018, Helm possessed a loaded, with one round in the chamber, and 18 rounds in an extended magazine, Glock brand, 23 model, .40 caliber, semi-automatic pistol, serial number WPU490 and 1.42 grams of methamphetamine.

4.      Helm has a criminal history dating back to June 2009, when he was convicted of driving while intoxicated.  Because Helm violated his conditions of probation on that case, his term of probation was revoked.  Subsequent to that conviction, Helm sustained an additional three felony convictions for possession of a controlled substance, robbery in the second degree, and unlawful possession of a firearm, and an additional misdemeanor conviction for driving while intoxicated.

5.      Helm committed this offense while on probation in his three above-mentioned felony cases.   In those three felony cases, Helm is currently facing probation revocation proceedings.

6.      The United States submits that there is clear and convincing evidence that there are no conditions that the Court could place on Helm's release that would reasonably assure Helm's appearance in Court and the safety of the community.  *See* 18 U.S.C. § 3142(g)(1) nature and circumstances of the offense; (2) weight of the evidence; (3)(A) the defendant's character, physical and mental condition, family ties, employment, financial resources, length of residence in the community, community ties, past conduct, history relating to drug or alcohol abuse, criminal history, and record concerning appearance at court proceedings, and (B) whether the defendant was on probation/parole at the time of the offense; and (4) danger to the community or other persons.  Because of this, the United States requests that a detention hearing be held and that Helm be detained.  *See generally, United States v. Sazenski*, 806 F.2d 846, 848 (8th Cir. 1986); *United States v. Warren*, 787 F.2d 1337, 1338 (8th Cir. 1986).

WHEREFORE, based on the foregoing, the United States requests that the Court hold a detention hearing in accordance with 18 U.S.C. § 3142(f), and following such hearing, order the detention of Helm.

Respectfully,

Timothy A. Garrison
United States Attorney

By       */s/ Nhan D. Nguyen*
Nhan D. Nguyen
Assistant United States Attorney
Missouri Bar No. 56877
500 Hammons Tower
901 St. Louis Street
Springfield, Missouri 65806
(417) 831-4406

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was delivered on August 16, 2018, to the CM-ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

*/s/ Nhan D. Nguyen*
Nhan D. Nguyen
Assistant United States Attorney

3